**Order filed, December 27, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01027-CV

_____

**RONDA G. NEELY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JANET S. GOEHRING, DECEASED, AND MICHELLE PATRICK, INDIVIDUALLY, AND ROYCE GREGORY GOEHRING, INDIVIDUALLY, Appellant**

**V.**

**UNION CARBIDE CORPORATION, Appellee**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2007-32446-ASB**

---

## ORDER

The reporter's record in this case was due **December 06, 2018**. _See_ Tex. R. App. P. 35.1. On December 11, 2018, this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mark Miller**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Mark Miller** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM